UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Dublin Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 MAY 13 PM 1:36
CLERK_____
SO. DIST. OF GA.

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Roy Burns | ) | Case No: 3:08CR00001-23 |
| | ) | USM No: 13672-021 |
| Date of Original Judgment: March 26, 2009 | ) | Charles C. Butler |
| Date of Previous Amended Judgment: _____ | ) | Defendant's Attorney |

*(Use Date of Last Amended Judgment if Any)*

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated   March 26, 2009   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   5/13/15

_____
Judge's signature

Effective Date:

November 1, 2015
*(if different from order date)*

Dudley H. Bowen, Jr.
United States District Judge
*Printed name and title*